**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Pedro Herrero,

        Plaintiff,

v.                                            Case No:   6:23-cv-193-CEM-LHP

Matrix Composites, Inc. et al.,

        Defendants

---

**ORDER (FILED UNDER SEAL)**

On February 3, 2023, the Court granted Relator Pedro Herrero's Motion to Seal Under 31 U.S.C. § 3730(b)(2).  Doc. No. 3.  Now before the Court is the United States' *Ex Parte* First Motion for Extension of Seal and Intervention Deadline, in which the United States requests an extension of the seal and the intervention period through October 3, 2023.  Doc. No. 10.  Relator does not oppose.  *Id.* at 4.

Upon review, and for good cause shown, *see* 31 U.S.C. § 3730(b)(3), the United States' request (Doc. No. 10) is **GRANTED**, and the seal and the intervention period shall continue through **October 3, 2023**.  Given the length of this extension, absent good cause, this deadline may not be further extended.

The Clerk of Court is **DIRECTED** to mail a copy of this Order to counsel for the Relator and counsel for the United States.

**DONE** and **ORDERED** in Orlando, Florida on March 30, 2023.

                                             LESLIE HOFFMAN PRICE
                                  UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties