UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**
ex rel. **PEDRO HERRERO,**

    **Plaintiff,**

v.                                             Case No.  **6:23-cv-193-CEM-LHP**

**MATRIX COMPOSITES, INC.**
**and ITT, INC.,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Notice of Voluntary Dismissal Without Prejudice (Doc. 12) and the United States' Notice of Consent (Doc. 13). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case. The Clerk is further directed to lift the seal on this case and all filings except the United States' First Motion for Extension of Seal and Intervention Deadline (Doc. 11).

**DONE** and **ORDERED** in Orlando, Florida on October 5, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record